UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
DIANA DYSON,

                  Plaintiff,

        -against-

CURTIS BENTON,

                  Defendant.
------------------------------------------------------------- X

23 Civ. 9952 (LGS)

<u>ORDER</u>

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the November 15, 2023, Order instructed the parties to file a joint letter and Proposed Civil Case Management Plan and Scheduling Order by January 3, 2024, in advance of the initial pretrial conference on January 29, 2024;

    WHEREAS, the parties filed their joint letter but not the case management plan.  It is hereby

    **ORDERED** that by **January 10, 2024**, the parties shall jointly file their Proposed Civil Case Management Plan and Scheduling Order.  The form is available at the Court's website (http://nysd.uscourts.gov/judge/Schofield).

Dated: January 4, 2024
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE